IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

**3:06-CR-172**

v.

**Gurjinder Pooni and
Rajvir Virk,**

            **Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
SEP - 5 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Counts 1and 2, of Indictment No. 06-CR-172, filed May 11, 2006 against **Gurjinder Pooni and Rajvir Virk**.

    The reason for this dismissal is:

        ___ Case transferred to another District

        ___ Speedy Trial Act

        ___ Defendant's cooperation

        ___ Insufficient evidence at this time

        _x_ Other:  Purposes of Law Enforcement Integrity

With respect to this dismissal, defendants:

___ Consents

___ Objects

_x_ Have not been consulted

This dismissal is without prejudice.

                                   GLENN T. SUDDABY
                                   United States Attorney


                     By:  Thomas P. Walsh
                          Assistant U.S. Attorney
                          Bar Roll No. 102777


Leave of court is granted for the filing of the foregoing dismissal.

Dated: September 4 , 2006
Binghamton, NY

                              Hon. Thomas J. McAvoy
                              Senior United States District Court Judge